# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DIANE M. CHARETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:17-cv-35-GZS |
| | ) |
| ST. JOHN VALLEY SOIL & WATER | ) |
| COSERVATION DISTRICT, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER IN LIEU OF PRE-FILING CONFERENCE

The Court has reviewed the Joint Motion for Approval of Briefing Procedure (ECF No. 45), along with the Preconference Memoranda received from both sides (ECF Nos. 46 & 47). Having reviewed these filings, the Court concludes that no conference is necessary and hereby GRANTS the Joint Motion along with the page limits and briefing process described therein.

On or before **April 18, 2018**, the parties shall file their consolidated record using the "Stipulated Record" event in CM/ECF. The first page of the Stipulated Record shall consist of a list describing each exhibit submitted. Each exhibit shall then be clearly labeled and separately attached to this filing. The Stipulated Record may include any exhibits and depositions[1] (including any exhibits to the depositions) that both sides agree will be referenced in the statements of material fact. To the extent any party will rely on a page of the joint record for a specific citation, the Court encourages the parties to consider Bates-stamping the joint record or otherwise ensuring that each pin cite to the Stipulated Record is apparent to the Court.

---

[1] To the extent any depositions are filed, counsel shall endeavor to ensure that any deposition excerpt is complete and includes all relevant pages. In the absence of an agreement on what constitutes a complete deposition excerpt, counsel shall include the complete deposition in the joint record.

The Court encourages the parties to file stipulations of fact that could serve to further streamline the parties' statements of material fact. The Court reminds the parties that they are free to indicate that any such stipulations are admissions solely for the purposes of the to-be-filed summary judgment motion. See D. Me. Local Rule 56(g). Any stipulations will be considered by the Court in ruling on the motion and need not be reiterated or referenced in the statements of material fact.

Likewise, in accordance with the schedule proposed by the parties, the Court hereby ORDERS that all the summary judgment briefing along with the statements of material fact shall be filed on **April 18, 2018**. Counsel shall ensure that all motion papers are dated to reflect the date the filing is actually being placed on the docket. Additionally, counsel shall coordinate the filing of their respective documents such that the motions for summary judgment are docketed before the separate docketing of any responses and replies.

With respect to the prior Scheduling Order deadlines (ECF Nos. 32 & 41), it appears that the only deadlines that may remain after the anticipated motion for summary judgment is the ready for trial deadline and any trial-related motions deadlines. These deadlines shall remain stayed until the Court issues its ruling on the motion for summary judgment. To the extent that issues remain for trial after the motion for summary judgment is decided, the Court anticipates that this case will be placed on the next available trial list following the Court's summary judgment decision and that pre-trial motions shall, to the extent practicable, be filed prior to any final pretrial conference.

SO ORDERED.

                                              /s/ George Z. Singal
                                              United States District Judge

Dated this 12th day of December, 2017.