UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DIANE M. CHARETTE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   1:17-cv-00035-JCN |
| | ) |
| ST. JOHN VALLEY SOIL AND WATER | ) |
| CONSERVATION DISTRICT, et al. | ) |
| | ) |

**STIPULATION OF DISMISSAL**

NOW COME all parties and stipulate to the dismissal of this action with prejudice and without assessment by the court of costs or attorneys' fees to any party.

Dated: March 12, 2019

/s/ John P. Gause

_____

John P. Gause, Esq., Bar No. 8192
Eastern Maine Law, LLC
77 Exchange Street, Suite 300
Bangor, ME 04401
(207) 947-5100
jgause@easternmainelaw.com

Attorney for Plaintiff

Dated:  March 12, 2019      /s/ Kelly L. Morrell

_____

KELLY L. MORRELL
Assistant Attorney General
Office of the Attorney General
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8552
kelly.l.morrell@maine.gov

Attorney for Defendants SJVSWCD, Duane Theriault and Kurt Coulombe

Dated:  March 12, 2019

/s/ Eric J. Uhl
Eric J. Uhl
Richardson, Whitman, Large & Badger
465 Congress Street, 9th Floor
P.O. Box 9545
Portland, ME 04112-9545
Office:  207.774.7474
euhl@rwlb.com

Attorney for Defendant David Potter

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2019, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Kelly Morrell, Esq., and Eric Uhl, Esq. It is available for viewing and downloading using the CM/ECF system.

Dated: March 12, 2019

/s/ John P. Gause

John P. Gause, Esq., Bar No. 8192
Eastern Maine Law, LLC
77 Exchange Street, Suite 300
Bangor, ME 04401
(207) 947-5100
jgause@easternmainelaw.com

ATTORNEY FOR PLAINTIFF